# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D21-0912
1D21-0913
1D21-0914
1D21-0915
1D21-0916
1D21-0917
1D21-0918
1D21-0919
1D21-0920
1D21-0921
1D21-0922
1D21-0923
1D21-0924
1D21-0926
1D21-0927
1D21-0928
1D21-0930
1D21-0931
1D21-0932
1D21-0933
(Consolidated for disposition)

_____

J.J.L., a child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

September 22, 2021

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.